

# Fourth Court of Appeals
## San Antonio, Texas

April 29, 2020

No. 04-20-00148-CR

Charles Asa **JONES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR8013
Honorable Jennifer Pena, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED.

It is so **ORDERED** on April 29, 2020.

Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of April, 2020.

Michael A. Cruz, Clerk of Court